In the Matter of the Transfer Tax upon the Estate of
EMMA B. KENNEDY, Deceased.

ALUMNAE ASSOCIATION OF THE SCHOOL OF NURSING OF
THE PRESBYTERIAN HOSPITAL IN THE CITY OF
NEW YORK, Appellant; STATE TAX COMMISSION,
Respondent.

(Argued May 23, 1934; decided June 8, 1934.)

*Neil P. Cullom, John F. Brosnan* and *James E. Freehill*
for appellant.

*Seth T. Cole* for respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.